CLOSED,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:16−cv−06131−KMW

Jackson v. Keryx Biopharmaceuticals, Inc. et al
Assigned to: Judge Kimba M. Wood
Related Cases: 1:16−cv−06218−KMW
1:16−cv−06233−KMW
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 08/02/2016
Date Terminated: 04/13/2017
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Terrell Jackson**
*Individually and on behalf of all others similarly situated*

represented by **Lesley Frank Portnoy**
Glancy Prongay & Murray LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
(212) 682−5340
Fax: (212) 884−0988
Email: LPortnoy@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tim Karth**

represented by **David Frank Eisenhaue Tejtel**
Friedman Oster & Tejtel PLLC
240 East 79th Street, Suite A
New York, NY 10075
888−529−1108
Fax: 646−661−5881
Email: dtejtel@fotpllc.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abraham Kiswani**

represented by **David Frank Eisenhaue Tejtel**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Mike and Marna Izzo**

represented by **Phillip C. Kim**
The Rosen Law Firm P.A.
275 Madison Avenue
New York, NY 10016
(212) 686−1060
Fax: (212) 202−3827
Email: pkim@rosenlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Richard J. Erickson** represented by **David Avi Rosenfeld**
Robbins Geller Rudman & Dowd LLP(LI)
58 South Service Road
Suite 200
Melville, NY 11747
631−367−7100
Fax: 631−367−1173
Email: drosenfeld@rgrdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Keryx Biopharmaceuticals, Inc.**

**Defendant**

**Gregory P. Madison**

**Defendant**

**Scott A. Holmes**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2016 | Ï 1 | COMPLAINT against Scott A. Holmes, Keryx Biopharmaceuticals, Inc., Gregory P. Madison. (Filing Fee $ 400.00, Receipt Number 0208−12606646)Document filed by Terrell Jackson.(Portnoy, Lesley) (Entered: 08/02/2016) |
| 08/02/2016 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS as to KERYX BIOPHARMACEUTICALS, INC., GREGORY P. MADISON, and SCOTT A. HOLMES, re: 1 Complaint. Document filed by Terrell Jackson. (Portnoy, Lesley) (Entered: 08/02/2016) |
| 08/02/2016 | Ï 3 | CIVIL COVER SHEET filed. (Portnoy, Lesley) (Entered: 08/02/2016) |
| 08/03/2016 | Ï | *****NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Lesley Frank Portnoy. The party information for the following party/parties has been modified: Terrell Jackson updated. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (rch)** (Entered: 08/03/2016) |
| 08/03/2016 | Ï 4 | ELECTRONIC SUMMONS ISSUED as to Scott A. Holmes, Keryx Biopharmaceuticals, Inc., Gregory P. Madison. (rch) (Entered: 08/03/2016) |
| 08/03/2016 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Kimba M. Wood. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (rch) (Entered: 08/03/2016) |
| 08/03/2016 | Ï | Magistrate Judge Henry B. Pitman is so designated. (rch) (Entered: 08/03/2016) |
| 08/03/2016 | Ï | Case Designated ECF. (rch) (Entered: 08/03/2016) |

| | | |
|---|---|---|
| 09/28/2016 | Ï 5 | SCHEDULING ORDER FOR INITIAL CONFERENCE: This action is scheduled for a conference in accordance with Fed. R. Civ. P. Rule 16 on October 19, 2016, at 10:30 a.m., in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York. The parties must be prepared to discuss at the conference the subjects set forth in subdivisions (b) and (c) of Rule 16. (As further set forth in this Order) Initial Conference set for 10/19/2016 at 10:30 AM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Kimba M. Wood. (Signed by Judge Kimba M. Wood on 9/28/2016) (kl) (Entered: 09/28/2016) |
| 10/03/2016 | Ï 6 | MOTION to Appoint Counsel *The Rosen Law Firm*., MOTION to Appoint *Lead Plaintiffs*., MOTION to Consolidate Cases . Document filed by Mike and Marna Izzo. (Attachments: # 1 Text of Proposed Order)(Kim, Phillip) (Entered: 10/03/2016) |
| 10/03/2016 | Ï 7 | MEMORANDUM OF LAW in Support re: 6 MOTION to Appoint Counsel *The Rosen Law Firm*. MOTION to Appoint *Lead Plaintiffs*. MOTION to Consolidate Cases . . Document filed by Mike and Marna Izzo. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Kim, Phillip) (Entered: 10/03/2016) |
| 10/03/2016 | Ï 8 | MOTION to Consolidate Cases 1:16−cv−06131, 1:16−cv−06218, 1:16−cv−06233 ., MOTION to Appoint Richard J. Erickson to serve as lead plaintiff(s) ., MOTION to Appoint Counsel *Robbins Geller Rudman & Dowd LLP and Holzer & Holzer, LLC*. Document filed by Richard J. Erickson. (Attachments: # 1 Text of Proposed Order)(Rosenfeld, David) (Entered: 10/03/2016) |
| 10/03/2016 | Ï 9 | MEMORANDUM OF LAW in Support re: 8 MOTION to Consolidate Cases 1:16−cv−06131, 1:16−cv−06218, 1:16−cv−06233 . MOTION to Appoint Richard J. Erickson to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Robbins Geller Rudman & Dowd LLP and Holzer & Holzer, LLC*. . Document filed by Richard J. Erickson. (Rosenfeld, David) (Entered: 10/03/2016) |
| 10/03/2016 | Ï 10 | DECLARATION of DAVID A. ROSENFELD in Support re: 8 MOTION to Consolidate Cases 1:16−cv−06131, 1:16−cv−06218, 1:16−cv−06233 . MOTION to Appoint Richard J. Erickson to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Robbins Geller Rudman & Dowd LLP and Holzer & Holzer, LLC*.. Document filed by Richard J. Erickson. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Errata D, # 5 Errata E)(Rosenfeld, David) (Entered: 10/03/2016) |
| 10/03/2016 | Ï 11 | MOTION to Appoint Tim Karth and Abraham Kiswani to serve as lead plaintiff(s) ., MOTION to Appoint Counsel *Block & Leviton LLP*. Document filed by Tim Karth, Abraham Kiswani. (Attachments: # 1 Text of Proposed Order)(Tejtel, David) (Entered: 10/03/2016) |
| 10/03/2016 | Ï 12 | MEMORANDUM OF LAW in Support re: 11 MOTION to Appoint Tim Karth and Abraham Kiswani to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Block & Leviton LLP*. . Document filed by Tim Karth, Abraham Kiswani. (Tejtel, David) (Entered: 10/03/2016) |
| 10/03/2016 | Ï 13 | DECLARATION of Jeffrey C. Block in Support re: 11 MOTION to Appoint Tim Karth and Abraham Kiswani to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Block & Leviton LLP*.. Document filed by Tim Karth, Abraham Kiswani. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Tejtel, David) (Entered: 10/03/2016) |
| 10/04/2016 | Ï 14 | ORDER granting (16 in case no. 16−cv−6218−KMW) Letter Motion to Adjourn Conference. Granted. The Rule 16 Conference in this matter, as well as in related cases 16−cv−6131 and 16−cv−6233 are adjourned sine die. SO ORDERED. (Signed by Judge Kimba M. Wood on 10/4/2016) (kl) (Entered: 10/04/2016) |
| 10/17/2016 | Ï 15 | MEMORANDUM OF LAW in Support re: 8 MOTION to Consolidate Cases 1:16−cv−06131, 1:16−cv−06218, 1:16−cv−06233 . MOTION to Appoint Richard J. Erickson to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Robbins Geller Rudman & Dowd LLP and Holzer & Holzer, LLC*. . Document filed by Richard J. Erickson. (Rosenfeld, David) (Entered: 10/17/2016) |

| | | |
|---|---|---|
| 10/17/2016 | Ï 16 | MEMORANDUM OF LAW in Support re: 11 MOTION to Appoint Tim Karth and Abraham Kiswani to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Block & Leviton LLP*. . Document filed by Tim Karth, Abraham Kiswani. (Tejtel, David) (Entered: 10/17/2016) |
| 10/17/2016 | Ï 17 | DECLARATION of Jeffrey C. Block in Support re: 11 MOTION to Appoint Tim Karth and Abraham Kiswani to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Block & Leviton LLP*.. Document filed by Tim Karth, Abraham Kiswani. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Tejtel, David) (Entered: 10/17/2016) |
| 10/27/2016 | Ï 18 | REPLY MEMORANDUM OF LAW in Support re: 8 MOTION to Consolidate Cases 1:16−cv−06131, 1:16−cv−06218, 1:16−cv−06233 . MOTION to Appoint Richard J. Erickson to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Robbins Geller Rudman & Dowd LLP and Holzer & Holzer, LLC*. . Document filed by Richard J. Erickson. (Rosenfeld, David) (Entered: 10/27/2016) |
| 10/27/2016 | Ï 19 | REPLY MEMORANDUM OF LAW in Support re: 11 MOTION to Appoint Tim Karth and Abraham Kiswani to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Block & Leviton LLP*. . Document filed by Tim Karth, Abraham Kiswani. (Tejtel, David) (Entered: 10/27/2016) |
| 11/01/2016 | Ï 20 | LETTER addressed to Judge Kimba M. Wood from David A. Rosenfeld dated November 1, 2016 re: Filing of Richard J. Ericksons Amended Reply Memorandum in Further Support of Motion for Appointment as Lead Plaintiff. Document filed by Richard J. Erickson.(Rosenfeld, David) (Entered: 11/01/2016) |
| 11/01/2016 | Ï 21 | AMENDED REPLY MEMORANDUM OF LAW in Support re: 8 MOTION to Consolidate Cases 1:16−cv−06131, 1:16−cv−06218, 1:16−cv−06233 . MOTION to Appoint Richard J. Erickson to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Robbins Geller Rudman & Dowd LLP and Holzer & Holzer, LLC*. . Document filed by Richard J. Erickson. (Rosenfeld, David) (Entered: 11/01/2016) |
| 12/07/2016 | Ï 22 | NOTICE of Withdrawal of Lead Plaintiff Motion re: 6 MOTION to Appoint Counsel *The Rosen Law Firm*. MOTION to Appoint *Lead Plaintiffs*. MOTION to Consolidate Cases .. Document filed by Mike and Marna Izzo. (Kim, Phillip) (Entered: 12/07/2016) |
| 12/28/2016 | Ï 23 | NOTICE of Supplemental Authority re: 19 Reply Memorandum of Law in Support of Motion, 11 MOTION to Appoint Tim Karth and Abraham Kiswani to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Block & Leviton LLP*., 17 Declaration in Support of Motion, 12 Memorandum of Law in Support of Motion, 13 Declaration in Support of Motion, 16 Memorandum of Law in Support of Motion,. Document filed by Tim Karth, Abraham Kiswani. (Attachments: # 1 Exhibit A)(Tejtel, David) (Entered: 12/28/2016) |
| 12/29/2016 | Ï 24 | NOTICE of Filing Response to the Karth & Kiswani Group's Notice of Supplemental Authority re: 23 Notice (Other),,. Document filed by Richard J. Erickson. (Rosenfeld, David) (Entered: 12/29/2016) |
| 12/30/2016 | Ï 25 | NOTICE of Reply to Richard J. Erickson's Response to the Karth & Kiswani Group's Notice of Supplemental Authority re: 24 Notice (Other), 23 Notice (Other),,. Document filed by Tim Karth, Abraham Kiswani. (Tejtel, David) (Entered: 12/30/2016) |
| 01/17/2017 | Ï 26 | MOTION to Transfer Case . Document filed by Tim Karth, Abraham Kiswani. (Attachments: # 1 Text of Proposed Order)(Tejtel, David) (Entered: 01/17/2017) |
| 01/17/2017 | Ï 27 | MEMORANDUM OF LAW in Support re: 26 MOTION to Transfer Case . . Document filed by Tim Karth, Abraham Kiswani. (Tejtel, David) (Entered: 01/17/2017) |
| 01/17/2017 | Ï 28 | |

| | | |
|---|---|---|
| | | DECLARATION of Jeffrey C. Block in Support re: 26 MOTION to Transfer Case .. Document filed by Tim Karth, Abraham Kiswani. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Tejtel, David) (Entered: 01/17/2017) |
| 01/31/2017 | Ï 29 | **Vacated as per Judge's Order dated 1/31/2017, Doc. #31.** ORDER GRANTING MOTION TO TRANSFER VENUE TO THE DISTRICT OF MASSACHUSETTS granting 26 Motion to Transfer Case. Karth & Kiswani's motion to transfer the above−captioned actions to the District of Massachusetts is hereby GRANTED. (Signed by Judge Kimba M. Wood on 1/31/2017) (kgo) Modified on 2/1/2017 (kgo). (Entered: 01/31/2017) |
| 01/31/2017 | Ï 30 | MEMORANDUM OF LAW in Opposition re: 26 MOTION to Transfer Case . . Document filed by Richard J. Erickson. (Rosenfeld, David) (Entered: 01/31/2017) |
| 01/31/2017 | Ï 31 | ORDER: In light of the fact that Karth and Kiswani's Motion to Transfer will be opposed, the Court withdraws and VACATES its Order from January 31, 2017. (Signed by Judge Kimba M. Wood on 1/31/2017) (kgo) (Entered: 02/01/2017) |
| 02/07/2017 | Ï 32 | REPLY MEMORANDUM OF LAW in Support re: 26 MOTION to Transfer Case . . Document filed by Tim Karth, Abraham Kiswani. (Tejtel, David) (Entered: 02/07/2017) |
| 04/06/2017 | Ï 33 | ORDER: The Court GRANTS Karth and Kiswani's Motion to Transfer the above−captioned actions to the District of Massachusetts, pursuant to 28 U.S.C. § 1404(a). (Signed by Judge Kimba M. Wood on 4/5/2017) (kgo) (Entered: 04/06/2017) |
| 04/13/2017 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court − District of Massachusetts (kgo) (Entered: 04/17/2017) |